**UNITED STATED DISTRICT COURT DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                              **DATE:** June 2, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                              **DOCKET #21-cr-478**
UNITED STATES OF AMERICA

    vs.
ALEXIS HERNANDEZ-REYNOSO

**DEFT. PRESENT**

**APPEARANCES:**
George Brandley, AUSA for Government
Julian Wilsey, CJA., for Defendant
Maria Garcia, USPO

**Nature of Proceedings:** ZOOM SENTENCING

Defendant present and consents to proceed by video.
Imprisonment: TIME SERVED.
Supervised Release: 3 years
Special Conditions:
1. Consent to search
2. Drug testing/treatment
3. Mental health testing/treatment

Special Assessment: $100 due immediately.
Fine Waived.
Defendant advised of his right to appeal.
Bail continued.

**Time Commenced:** 2:00 PM
**Time Adjourned:** 3:10 PM

                                                 Christine Melillo, Courtroom Deputy
                                   to the Honorable Katharine S. Hayden, U.S.D.J.